■ PEOPLE v ROBERT SIMMONS. [624 NYS2d 814] —Application for a writ of error coram nobis and for other relief, denied in

its entirety. *(See, People v De La Hoz,* 131 AD2d 154, 158.) Concur—Wallach, J. P., Asch, Nardelli and Williams, JJ.